UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

JOSE ZENON LOPEZ,
and other similarly situated individuals,

    Plaintiff(s),

vs.

THE BRUNA CORPORATION,
a Florida For Profit Corporation d/b/a
BRUNA SEALS, individually;
ANTONIO M. BRUNA, individually;
MIGUEL A. BRUNA, individually;
JUAN E. BRUNA, individually;
JORGE D. BRUNA, individually

    Defendant(s)

_____/

## DEFENDANTS THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, AND JORGE D. BRUNA'S NOTICE OF REMOVAL

Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, individually, and JORGE D. BRUNA, individually, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of the above captioned case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida and, as grounds, state as follows:

### Statement of Grounds for Removal

1.    Plaintiff, Jose Zenon Lopez, commenced this action by filing a Complaint against Defendants in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County,

CASE NO.: _____

Florida, Case No. 2016-005653-CA-01, on or about March 7, 2016. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of all process and pleadings served upon, and filed by Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, individually, and JORGE D. BRUNA, individually, in this action.

2.  Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, and JORGE D. BRUNA, were served with the Summons and Complaint in this action on March 10, 2016. Defendants, ANTONIO M. BRUNA, and MIGUEL A. BRUNA, have not been served with the Summons and Complaint as of the filing of this Notice. This Notice of Removal is being filed within thirty (30) days after Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, and JORGE D. BRUNA were served with the Summons and Complaint and is, therefore, timely filed pursuant to 28 U.S.C. § 1446 (b).

3.  The Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331 which states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This case arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219. As such, Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, and JORGE D. BRUNA, may properly remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

4.  Written notice of the filing of this Notice of Removal has been served upon Plaintiff, the adverse party, on the date set forth in the Certificate of Service below.

5.  A copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of Defendants, THE BRUNA CORPORATION d/b/a BRUNA

CASE NO.: _____

SEALS, JUAN E. BRUNA, and JORGE D. BRUNA, Notice of Filing this Notice of Removal in the state court is attached hereto as Exhibit "B."

6. This Notice has been signed by counsel for Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, and JORGE D. BRUNA, pursuant to Rule 11 of the Federal Rules of Civil Procedure.

7. Defendants, ANTONIO M. BRUNA, and MIGUEL A. BRUNA, consent to the removal of this action.

WHEREFORE, Defendants, THE BRUNA CORPORATION d/b/a BRUNA SEALS, JUAN E. BRUNA, and JORGE D. BRUNA, respectfully request that this case be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida and that this Court assume jurisdiction over this civil action pursuant to 28 U.S.C. § 1441.

Dated:  April 7, 2016

Respectfully submitted,

By:  s/ Tasha M. Somarriba
Scott A. Bassman, Esq. (Florida Bar Number:  232180)
Attorney E-mail address:  scott.bassman@csklegal.com
Tasha M. Somarriba, Esq. (Florida Bar Number:  111320)
Attorney E-mail address:  tasha.somarriba@csklegal.com
COLE, SCOTT & KISSANE, P.A.
110 Tower
110 S.E. 6th Street, Suite 2700
Ft. Lauderdale, Florida 33301
Telephone:  (954) 703-3703
Facsimile:  (954) 703-3701
Attorneys for Defendants

CASE NO.: _____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed this 7th day of April, 2016 to: Anthony M. Georges-Pierre, Esq., agp@rgpattorneys.com, 44 West Flagler Street, Suite 2200, Miami, FL 33130 and I electronically filed the foregoing with the Clerk of Court using CM/ECF.

s/ Tasha M. Somarriba_____

SAB/TMS

l:\1917-0530-00\pleading\notice\notice - removal (federal).docx